JAMES MARTIN v. S. BRYAN and another.

APPEAL from the District Court of the First District, Buchan-
an, J.

This case was submitted, without argument, by Roselius, for
the plaintiff, and C. M. Jones, for the appellants.

MORPHY, J.   This suit is brought on an open account, the

APRÍL, 1842. 139

The Police Jury of Pointe Coupée v. Gardiner and another, Syndics.

principal item of which is for one thousand and seventy-one boxes of lemons, sold to the defendants at two dollars and fifty cents per box. The defence set up is, that the purchase was made from a sample, and that upon examination the lemons were found to be unsound, unmerchantable, and not corresponding with the sample exhibited. There was a judgment below for the plaintiff.

This case turns upon a question of fact. After an examination of the record, we find nothing in it which should prevent us from adopting the conclusion to which the judge below arrived.

*Judgment affirmed.*